CHIEF JUDGE LASNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR07-0011-RSL |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING |
| | ) DEFENDANT ACOBA'S MOTION |
| CHRISTOPHER ACOBA, | ) FOR INSPECTION OF PERSONNEL |
| Defendant. | ) FILES OF LAW ENFORCEMENT |
| | ) |

The Court having considered Defendant's Motion for Inspection of Personnel Files of Law Enforcement, hereby GRANTS the motion and ORDERS that the government certify it has performed the inspection of the personnel files of the law enforcement officers it intends to call at Mr. Acoba's trial by March 12, 2007, and that it provide any Brady material contained therein to defense no later than one week before trial, or, if uncertain about disclosure, to the Court for *in camera* review by March 12, 2007.

//

//

ORDER GRANTING DEFENDANT ACOBA'S MOTION
FOR INSPECTION OF PERSONNEL FILES
CASE NO. CR07-0011-RSL -- 1

DATED this 6th day of February, 2007.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

*s/Catherine Chaney*
Catherine Chaney
Attorney for Defendant

ORDER GRANTING DEFENDANT ACOBA'S MOTION
FOR INSPECTION OF PERSONNEL FILES
CASE NO. CR07-0011-RSL -- 2