CHIEF JUDGE LASNIK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR07-0011-RSL |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING DEFENDANT ACOBA'S ) MOTION FOR DISCOVERY |
| CHRISTOPHER ACOBA, | ) |
| Defendant. | ) |

The Court having considered Defendant Acoba's Motion for Discovery, hereby GRANTS the motion. The Court ORDERS the government to provide to defense the make, model and years of all of the law enforcement vehicles that were present at the scene prior to Mr. Acoba's arrest.

DATED this 6th day of March, 2007.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT ACOBA'S MOTION
FOR DISCOVERY
CASE NO. CR07-0011-RSL-JLR -- 1